PFE/WRM: SEPT. 2024
GJ#28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. |
| ) | |
| MARQUEZ TRAVON GROCE  ) | |

## INDICTMENT

### COUNT ONE:
*Possession of a Machinegun*
**[18 U.S.C. § 922(o) and 924(a)(2)]**

The Grand Jury charges:

That on or about the 6th day of July 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**MARQUEZ TRAVON GROCE,**

did knowingly possess a machinegun, that is, a Glock 9mm caliber pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Section 922(o).

### COUNT TWO:
*Possession of Unregistered Firearm*
**[26 U.S.C. § 5861(d)]**

The Grand Jury charges that:

On or about the 6th day of July 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**MARQUEZ TRAVON GROCE**,

knowingly received and possessed a firearm, that is, a Glock 9mm pistol modified by the installation of a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF FORFEITURE
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses charged in Counts One and Two of this Indictment the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock**

9mm caliber firearm, bearing serial number BXGV361, and any associated magazines and ammunition.

A TRUE BILL

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                            PRIM F. ESCALONA
                                            United States Attorney

                                            */s/Electronic Signature*
                                            WILLIAM R. MCCOMB
                                            Assistant United States Attorney